AUSA Stephen P. Baker 312-353-1598

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 08CR 624 |
| v. | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| BRIAN JAVON NELSON | ) | |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, BRYANT HILL, personally appearing before United States Magistrate Judge JEFFREY COLE and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that BRIAN JAVON NELSON (hereinafter "NELSON"), has been charged by Indictment in the District of Minnesota with the following criminal offense: conspiracy to distribute narcotics, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

A copy of the Redacted Indictment is attached. I have been informed through official channels that a warrant for the arrest of NELSON has been issued pursuant to the Indictment. A copy of the arrest warrant also is attached.

FILED

AUG 0 6 2008 TC
8-6-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BRYANT HILL
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me this 6th day of August, 2008.

JEFFREY COLE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| Plaintiff, | ) ) ) | (21 U.S.C. § 841(a)(1)) (21 U.S.C. § 841(b)(1)(A)) |
| v. | ) ) | (21 U.S.C. § 846) |
| 1. ■■■■■■■■■■■ | ) ) | |
| 2. BRIAN JAVON NELSON, a/k/a B, | ) ) | |
| 3. ■■■■■■■■■■■ | ) | |
| Defendants. | ) ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

<u>**COUNT 1**</u>
(Conspiracy)

From in or about 2006, through on or about May 16, 2008, in the State and District of Minnesota and elsewhere, the defendants,

U.S. v. ███████████, et al.



BRIAN JAVON NELSON,
a/k/a B,

knowingly and intentionally conspired with each other, and with other persons, whose names are known and unknown to the grand jury, to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a controlled substance, and to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

A TRUE BILL

ACTING UNITED STATES ATTORNEY        FOREPERSON

2

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

**SECRET**

**WARRANT FOR ARREST**

V.

CASE NUMBER: CR 08-232 MJD/AJB

Brian Javon Nelson (2)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Brian Javon Nelson
a/k/a - B

and bring him or her forthwith to the nearest Magistrate Judge to answer an Indictment charging him or her with:

Count 1 - Conspiracy, 21:841(a)(1), 841(b)(1) (A) and 846.

Ordered by: Susan R. Nelson, United States District Court Magistrate Judge.

_____   July 22, 2008 at Minneapolis, MN
(By) Kim Krulas, Deputy Clerk

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

Date Received: _____    Date of Arrest: _____

Name and Title of Arresting Officer    Signature of Arresting Officer

criminalwarrant.frm

DC Modified 8/17/07