# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 624-1 | **DATE** | 8/6/2008 |
| **CASE TITLE** | United States of America vs. Brian Nelson | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Removal proceedings held. Defendant appears in response to arrest on 8/6/08. Mr. Paul Flynn is appointed as counsel for defendant. Defendant informed of the charges against him and the maximum penalties in Indictment CR 08-232 MJD/AJB, pending in the District of Minnesota. Government seeks detention. Detention hearing is sest for 8/8/08 at 10:15 a.m. at which time the issue of identity shall be taken up.

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | CDH |
|---|---|---|