Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 624-1 | **DATE** | 8/8/2008 |
| **CASE TITLE** | United States of America vs. Brian Javon Nelson | | |

**DOCKET ENTRY TEXT**

Defendant waives identity hearing.  Defendant waives detention hearing without prejudice. Defendant is ordered detained until further order of court. Defendant ordered removed to the District of Minnesota for charges in Indictment CR 08-232 MJD/AJB forthwith.

Enter Pretrial Detention Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

2008 AUG 11 AM 9: 07
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | CDH |
|---|---|---|