

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 624 |
| v. ) | |
| ) | Magistrate Judge Jeffrey Cole |
| BRIAN JAVON NELSON ) | |

### PRETRIAL DETENTION ORDER

Defendant Brian Javon Nelson appeared before this Court on August 6, 2008, then on August 8, 2008, for a detention hearing. Defendant waived his right to an identity hearing. The government moved for detention of defendant and removal to the District of Minnesota to face charges on the indictment in that district in case no. 08-232. Defendant did not object to his detention but preserved the right to raise the issue upon his presentment to face the pending charges in the District of Minnesota. Based upon the motion of the government and the representation of the defendant, the Court finds by clear and convincing evidence (*see* 18 U.S.C. § 3142(f)) that no condition or combination of conditions will reasonably assure the appearance of the defendant and the safety of the public.

It is hereby ordered that defendant Brian Javon Nelson remain committed to the custody of the Attorney General for confinement in a corrections facility and transport to face charges in the District of Minnesota, until the resolution of this case or until further order of the Court. During the period of confinement, Nelson shall be kept separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

It is further ordered that Nelson shall be afforded reasonable opportunity for private consultation with his counsel.

It is further ordered that on order of a United States Court or on request of an attorney for the government, the Warden of the correctional facility designated by the United States Marshals shall deliver Nelson to a United States Marshal for the purpose of an appearance in connection with a court proceeding in the District of Minnesota.

ENTER:

_____
JEFFREY COLE, Magistrate Judge
United States District Court

Dated: Aug 9, 08