

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**  
**CLERK**

**OFFICE OF THE CLERK**  
**(312) 435-5698**

August 14, 2008

District of Minnesota  
Mr. Richard D. Sletten, Clerk  
United States District Court  
202 United States Courthouse  
300 South Fourth Street  
Minneapolis, MN 55415

**Re: U.S.A.  -v-  Brian Javon Nelson**  
**Case Number: 08 CR 624**

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing, as well as, any paper or sealed documents after 1/18/05 are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

__X__ Docket Sheet            __X__ Affidavit in Removal        __X__ Financial Affidavit

____ Order setting conditions of release        ____ Appearance Bond

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

        Sincerely yours,

        Michael W. Dobbins, Clerk

        By:  Marsha E. Glenn  
             Deputy Clerk

Enclosures

New Case No. _____  Date _____