MHN

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 08 CR 624

   District of Minnesota
   Mr. Richard D. Sletten, Clerk
   United States District Court
   202 United States Courthouse
   300 South Fourth Street
   Minneapolis, MN 55415

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☑ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 8/18/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

   08 CR 624

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0001 7313 4887

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

08 CR 624

**FILED**
AUG 25 2008   AEE
8-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MICHAEL W. DOBBINS   **RECEIVED**
CLERK, U.S. DISTRICT COURT   AUG 2 5 2008
219 S. DEARBORN STREET
CHICAGO, ILLINOIS 60604
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 CR 624