

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

RECEIVED
AUG 18 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA
OFFICE OF THE CLERK

MICHAEL W. DOBBINS
CLERK

(312) 435-5698

August 14, 2008

FILED
8-22-08
AUG 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

District of Minnesota
Mr. Richard D. Sletten, Clerk
United States District Court
202 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: U.S.A. -v- Brian Javon Nelson
Case Number: 08 CR 624

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing, as well as, any paper or sealed documents after 1/18/05 are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

__X__ Docket Sheet            __X__ Affidavit in Removal        __X__ Financial Affidavit

____ Order setting conditions of release     ____ Appearance Bond

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: Marsha E. Glenn
    Deputy Clerk

Enclosures

New Case No. _____     Date _____